1   KEVIN V. RYAN (CSBN 118321)                  *E-filed 10/23/06*
  United States Attorney

2

3   MARK L. KROTOSKI (CSBN 138549)
  Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
  Assistant United States Attorney

5

6    150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone:  (408) 535-5056

7   FAX: (408) 535-5066
  Susan.Knight@usdoj.gov

8   Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13   UNITED STATES OF AMERICA,    )   No. 06-00656 RS
                            )

14      Plaintiff,              )
                            )   STIPULATION AND [PROPOSED]

15       v.                 )   ORDER EXCLUDING TIME
                            )

16   AMARPAL SINGH,          )
  a/k/a James Albert Sanchez    )

17                             )   SAN JOSE VENUE
     Defendant.           )

18                             )

19

20     On September 28, 2006, the parties in this case appeared before the Court for an arraignment.

21 After the defendant was arraigned and entered a plea of not guilty, Assistant United States

22 Attorney Susan Knight then explained that the government needed to provide additional

23 discovery to the defendant's attorney, Daniel Barton, and requested an exclusion of time under

24 the Speedy Trial Act from September 28, 2006 to November 2, 2006.  The defendant, through his

25 attorney, agreed to the exclusion.  The undersigned parties agree and stipulate that an exclusion

26 of time is appropriate based on the defendant's need for effective preparation of counsel.

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
No. 06-00656 RS                   1

1    SO STIPULATED:                          KEVIN V. RYAN
                                             United States Attorney
2

3    DATED:_____           _____/s/_____
                                             SUSAN KNIGHT
4                                            Assistant United States Attorney

5
     DATED:_____           _____/s/_____
6                                            DANIEL L. BARTON
                                             Counsel for Mr. Singh
7

8

9        Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

10   under the Speedy Trial Act from September 28, 2006 until November 2, 2006.  The Court finds,

11   based on the aforementioned reasons, that the ends of justice served by granting the requested

12   continuance outweigh the best interest of the public and the defendant in a speedy trial.  The

13   failure to grant the requested continuance would deny defense counsel reasonable time necessary

14   for effective preparation, taking into account the exercise of due diligence, and would result in a

15   miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made

16   under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

17   SO ORDERED.

18

19   DATED:  10/23/06  _____        _____
                                             HOWARD R. LLOYD
20                                           United States Magistrate Judge

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 06-00656 RS                           2