KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
Fax: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

DEC 27 2006

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMARPAL SINGH, ) <br> ) <br> Defendant. ) <br> ) | No. CR 06-00656 RS <br><br> STIPULATION AND [~~PROPOSED~~] *as* ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |

The above-captioned case is currently scheduled for a status hearing on January 3, 2007 at 11:00 a.m. The parties respectfully request that the appearance be vacated because a disposition has been reached in the case. Specifically, the parties agree that pretrial diversion is an appropriate disposition in this matter, and Mr. Singh will be referred to Pretrial Services for an intake evaluation. Such evaluation may take up to three months. Therefore, the parties request that the case be taken off calendar and if Mr. Singh is accepted into a diversion program, the government will notify the Court. If Mr. Singh is not accepted by Pretrial Services, the government will notify the Court to schedule further proceedings. Accordingly, the parties request that time be excluded under the Speedy Trial Act from January 3, 2007 until March 8,

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00656 RS

1  2007 in order to Mr. Singh to be evaluated by Pretrial Services for his eligibility to participate in
2  a pretrial diversion program. 18 U.S.C. § 3161(h)(2).
3  SO STIPULATED.                              KEVIN V. RYAN
                                                United States Attorney
4
5  DATED: _____                       _____/s/_____
                                                SUSAN KNIGHT
6                                               Assistant United States Attorney

7  DATED: _____                       _____/s/_____
                                                DANIEL L. BARTON
8                                               Counsel for Mr. Singh
9
10     Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED
11 that the status hearing on January 3, 2007 at 11:00 a.m. is vacated.
12     The Court FURTHER ORDERS that time is excluded under the Speedy Trial Act pursuant to
13 18 U.S.C. § 3161(h)(2) from January 3, 2007 until March 8, 2007 for the purpose of allowing the
14 defendant to be evaluated by Pretrial Services to determine his eligibility to participate in a
15 pretrial diversion program.
16
17 DATED: 12/27/06                              _____
                                                RICHARD SEEBORG
18                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00656 RS