SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

MAR -7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMARPAL SINGH, <br> a/k/a James Albert Sanchez <br><br> Defendant. | No. 06-00656 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS APPEARANCE AND EXCLUDING TIME <br><br> SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing in the above-referenced case be continued from March 8, 2007 to April 12, 2007 at 9:30 a.m. The reason for the continuance is to allow Pretrial Services to complete their investigation of the defendant's eligibility to participate in a diversion program. In addition, the parties request an exclusion of time from March 8, 2007 to April 12, 2007 in order for Pretrial Services to finalize their investigation. The parties agree and stipulate that an exclusion of time is appropriate in order to allow the defendant an opportunity to be evaluated for a pretrial diversion program. 18 U.S.C. § 3161(h)(2).

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | SCOTT N. SCHOOLS<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | _____/s/_____ |
| 4 | | SUSAN KNIGHT<br>Assistant United States Attorney |
| 5 | | |
| 6 | DATED:_____ | _____/s/_____<br>DANIEL L. BARTON<br>Counsel for Mr. Singh |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is continued from March 8, 2007 to April 12, 2007 at 9:30 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 8, 2007 to April 12, 2007 for the purpose of allowing the defendant to be evaluated by Pretrial Services to determine his eligibility to participate in a pretrial diversion program.

SO ORDERED.

DATED: 3/7/07

RICHARD SEEBORG
United States Magistrate Judge