1  SCOTT N. SCHOOLS (CSBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      Fax: (408) 535-5066
       Susan.Knight@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                          SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,       )   No. CR 06-00656 RS
                                     )
15 |     Plaintiff,                  )
                                     )   STIPULATION AND [PROPOSED]
16 | v.                              )   ORDER TO EXCLUDE TIME AND
                                     )   DEFER PROSECUTION
17 | AMARPAL SINGH,                  )
                                     )
18 |     Defendant.                  )
   |_____)
19

20     The above-captioned case is currently scheduled for a status hearing on April 12, 2007 at

21 9:30 a.m. The parties respectfully request that the appearance be vacated because the defendant

22 has been accepted into a Pretrial Services diversion program for a period of six months. Other

23 conditions include the defendant using his true name on all identification documents and

24 completing 50 hours of community service. Therefore, the parties request that the case be taken

25 off calendar, and if any problems arise while the defendant is on diversion, the government will

26 notify the Court to schedule further proceedings. In addition, the parties request that time be

27 excluded under the Speedy Trial Act from April 12, 2007 until October 15, 2007 in order to the

28 defendant to demonstrate good conduct while participating in a diversion program. 18 U.S.C. §

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00656 RS

3161(h)(2).

SO STIPULATED.

SCOTT N. SCHOOLS
United States Attorney

DATED: _____

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: _____

/s/
DANIEL L. BARTON
Counsel for Mr. Singh

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status hearing on April 12, 2007 at 9:30 a.m. is vacated.

The Court FURTHER ORDERS that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from April 12, 2007 until October 15, 2007 for the purpose of allowing the defendant to demonstrate good conduct through his participation in a pretrial diversion program.

DATED: 4/9/07

RICHARD SEEBORG
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00656 RS