Daniel L. Barton, Esq., (SBN: 135806)
**Nolan, Armstrong & Barton, LLP**

e-filed 4/16/07

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Amarpal Singh

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. CR 06-00656 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |
| v. | |
| Amarpal Singh, | |
| Defendant. | |

On September 21, 2006, defendant Amarpal Singh was granted pre-trial release. One of the conditions of pre-trial release was that the defendant surrender all passports and visas to the court and not apply for any passports or other travel documents. Defendant respectfully requests that this court modify the conditions of release to allow him to apply for a passport from his native country of India.

The defendant has been granted pre-trial diversion in this matter. Pursuant to stipulation, the status hearing date of April 12, 2007 was vacated to permit the defendant to satisfy all conditions of the pretrial diversion program.

The defendant has no photo identification other than the identification provided by the Pretrial Services Office for the sole purpose of entering the federal courthouse.

- 1 -
STIPULATION TO MODIFY RELEASE CONDITIONS

Pursuant to the release conditions, the defendant remains restricted to travel inside the Northern District of California. Defendant desires photo identification for his use for purposes other than traveling outside of the United States.

The parties agree and stipulate that the release conditions ordered on September 21, 2006 may be modified to permit the defendant to apply for and possess an Indian passport.

SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

Dated: 4/11/07

SUSAN KNIGHT
Assistant United States Attorney

Dated: 4/13/07

DANIEL L. BARTON
Counsel for Mr. Singh

Accordingly, for good cause shown,

THE COURT HEREBY ORDERS that the release conditions set forth on September 21, 2006 be modified to permit the defendant to apply for and possess a passport from his native country of India.

SO ORDERED.

Dated: 4/16/07

/s/ Richard Seeborg

RICHARD SEEBORG
United States Magistrate Judge

- 2 -
STIPULATION TO MODIFY RELEASE CONDITIONS