SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

FILED
OCT 2 2 2007
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00656 RS |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| AMARPAL SINGH, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

On April 12, 2007, the defendant was placed on a pretrial diversion program relating to misdemeanor possession of a false identification document. Pretrial Services Officer Paul Mamaril has informed the government that the defendant has successfully completed the program. Accordingly, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information with prejudice.

DATED: 10/16/07

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

**NOTICE OF DISMISSAL**

## ORDER

Leave of Court is granted to the government to dismiss the above-captioned information, <u>United States v. Amarpal Singh</u>, for the reasons set forth in the Government's Notice of Dismissal.

Date: 10/22/07

RICHARD SEEBORG
United States Magistrate Judge